# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) Marilyn L. Gordon AKA Marilyn Gordon-McCalla        Case No.: 19-02176        Chapter: 13

All Cases: Moving Creditor: U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18  Date Case Filed: January 25, 2019

Nature of Relief Sought  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed 04/24/2019

Chapter 7:   ☐ No-Asset Report filed on _____
             ☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1. Collateral
   a. ☒ Home  7341 S Albany Ave, Chicago, IL 60629
   b. ☐ Car Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of July 12, 2019: $159,530.18
   Total of all other Liens against Collateral: $35,000.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in all cases) $123,130.00, the Assessor's Value

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____      Amount $_____

   b. ☒ Post-Petition Default
      i.  ☒ On direct payments to the moving creditor
      Number of months  3      Amount $1,860.99

      ii. ☐ On payments to the Standing Chapter 13 Trustee
      Number of months _____      Amount $_____

6. Other Allegations
   a. ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other _____
   b. ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)
   c. ☐ Other "Cause" 11 U.S.C. §362(d)(1)
      v.   ☐ Bad Faith (describe) _____
      vi.  ☐ Multiple filings
      vii. ☐ Other (describe) _____

19-004756_FXF

    d.  Debtor's Statement of Intention regarding the Collateral

| viii. ☐ Reaffirm | ix. ☐ Redeem | x. ☐ Surrender | xi. ☒ No Statement of Intentions Filed |

Date: July 25, 2019

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-004756_FXF

# EXHIBIT D

**MFR Post-Petition Payment History for Filing**

| Loan Information | |
|---|---|
| Debtors Name - 1 | MCCALLA, MARILYN GORDON |
| Debtors Name - 2 | MCCALLA, KINGSLEY |
| Property Address | 7341 S ALBANY AVE |
| Property State | IL |

| Bankruptcy Information | |
|---|---|
| Bankruptcy Case # | 19-02176 |
| Filing Date | 01/25/2019 |
| Person filing | MARILYN GORDON MCCALLA |
| Number of previous filings | 1 |

| Post Petition Default Information | |
|---|---|
| Post petition due date | 05/01/2019 |
| Post petition amount due | $1,860.99 |
| Escrow Shortage | $0.00 |
| Suspense | $0.00 |
| Total Post petition due | $1,860.99 |

| Post Petition Payment History | | | | |
|---|---|---|---|---|
| Post Pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
| 03/07/2019 | 02/01/2019 | $620.33 | $620.33 | |
| 04/16/2019 | 03/01/2019 | $620.33 | $620.33 | |
| 05/17/2019 | 04/01/2019 | $620.33 | $620.33 | |
| Due | 05/01/2019 | $620.33 | $0.00 | |
| Due | 06/01/2019 | $620.33 | $0.00 | |
| Due | 07/01/2019 | $620.33 | $0.00 | |
| Total Due | | $3,721.98 | | Total Pmts Due |
| Total Received | | | $1,860.99 | $1,860.99 |