UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:

Marilyn L. Gordon AKA Marilyn Gordon-McCalla

Debtor.

Case No.: 19-02176
Chapter 13
Judge Deborah L. Thorne

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 7341 S ALBANY AVE, CHICAGO, IL 60629

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #35) which was filed in this court by U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 ("Movant"), by and through its mortgage servicing agent Select Portfolio Servicing, Inc., Movant and Marilyn L. Gordon AKA Marilyn Gordon-McCalla ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of July 2019 through August 2019, incurring a total post-petition arrearage of $1,240.66, which consists of 2 post-petition payments for July 1, 2019 through August 1, 2019 at $620.33 each.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $1,240.66 on or before August 31, 2019;

2. That Movant must receive the payment listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive the scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Debtor must continue to make timely post-petition mortgage payments directly to Movant beginning September 1, 2019.

1

19-004756_CJP

4. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

5. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: 9/10/2019

ENTER:

UNITED STATES BANKRUPTCY JUDGE

*Submitted by:*

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

David M Siegel
~~Alexander Preber~~ Robert Bansfield Jr.
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Email: davidsiegelbk@gmail.com
Attorney for Debtor

2